**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION TO SUPPLEMENT CLERK'S RECORD

Appellate case name:       Mahamet Keita v. The State of Texas

Appellate case numbers:   01-20-00176-CR, 01-20-00177-CR

Trial court case number:   1595699, 1595698

Trial court:               248th District Court of Harris County

On June 3, 2021, the Court abated these two appeals and remanded them to the trial court for further proceedings concerning an apparently defective certification of appellant's right of appeal. The Court ordered the trial court to conduct a hearing with the parties and their counsel and, after the hearing, to execute an amended certification and to make certain findings and recommendations in each appeal. The Court further ordered the district clerk to file a supplemental clerk's record in each appeal containing the trial court's amended certification, findings, and any other orders within ten days of the trial court's hearing. The record on appeal indicates that the trial court held the hearing on June 14, 2021. Thus, the supplemental clerk's record was due on June 24, 2021. To date, the supplemental clerk's record has not been filed in either appeal. The appeals therefore remain abated.

Appellant Mahamet Keita has filed a motion requesting the Court to order the Harris County District Clerk to file a supplemental clerk's record with the Clerk of this Court. According to appellant's motion, the trial court entered an amended certification and findings of fact and conclusions of law in each appeal, but the district clerk has not yet filed a supplemental clerk's record in either appeal. Ten days have passed without a response from the State of Texas. *See* TEX. R. APP. P. 10.3(a). Accordingly, the Court **grants** appellant's motion.

The Court **orders** the Harris County District Clerk to file a supplemental clerk's record in each appeal containing any amended certifications, findings, and orders signed by the trial court pursuant to this Court's June 3, 2021 abatement order.

It is so ORDERED.

Judge's signature: __/s/  April L. Farris_____

                         ☑ Acting individually    ☐ Acting for the Court

Date: __August 3, 2021_____